FILED
CLERK, U.S. DISTRICT COURT
JUN - 8 2010
CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

RICHARD DEAN PLACENCIA,  ) Case No. CV 08-01687 SJO (AN)
      Petitioner,  )
                             ) ORDER APPROVING AND ADOPTING
v.  ) REPORT AND RECOMMENDATION OF
                             ) UNITED STATES MAGISTRATE JUDGE
LARRY E. SCRIBNER, Warden,  )
      Respondent.  )

Pursuant to 28 U.S.C. § 636, the court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections thereto, *de novo*. IT IS ORDERED that:

    1.    The Objections are overruled because the court finds none of the arguments raised in the Objections have merit or show the findings or conclusions in the R&R are erroneous.

    2.    The R&R is approved and adopted.

    3.    Judgment shall be entered denying the Third Amended Petition and dismissing this action with prejudice.

    4.    Any and all pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: June 7 , 2010

S. James Otero
———————————————
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE